IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Krysten Waye,                              :
                                           :
          Plaintiff(s),                    :
                                           :     Case Number: 1:18cv201
vs.                                        :
                                           :     Judge Susan J. Dlott
Commissioner of Social Security,           :
                                           :
          Defendant(s).                    :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on January 30, 2019 (Doc. 12), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 13, 2019, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff Disability Insurance

Benefits (DIB) is REVERSED. This matter is REMANDED under sentence four of 42 U.S.C.

§405(g).

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

Susan J. Dlott
Judge Susan J. Dlott
United States District Court