IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Krysten D. Waye,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:18cv201

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 29, 2021 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 12, 2021, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) (Doc. 23) is GRANTED.  Counsel is hereby awarded a gross fee of $11,882.50, under 42 U.S.C. §406(b).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court